UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 05 B 51238
    EARL B WASHINGTON
                                                  CHAPTER 13

                                                  JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-8870


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/12/2005 and was confirmed 05/17/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  18.00%.

    The case was dismissed after confirmation 08/29/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHICAGO PATROLMENS FED C | SECURED | 1596.29 | 134.95 | 1596.29 |
| GMAC MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| GMAC MORTGAGE CORP | MORTGAGE ARRE | 10531.77 | .00 | 10531.77 |
| GMAC MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 14876.61 | .00 | 1452.65 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 3440.15 | .00 | .00 |
| EARL B WASHINGTON | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 43843.30 | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 1288.77 | .00 | .00 |
| SMALL BUSINESS ADMIN | UNSECURED | NOT FILED | .00 | .00 |
| TOM VAUGHN CHAPTER 13 TR | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | .00 | .00 | .00 |
| CHICAGO PATROLMENS FED C | SECURED | 2637.93 | 82.98 | 2637.93 |
| DEBRA J VORHIES LEVINE | DEBTOR ATTY | 2,378.00 | | 2,378.00 |
| TOM VAUGHN | TRUSTEE | | | 1,026.43 |
| DEBTOR REFUND | REFUND | | | 900.00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 20,741.00 | |
| PRIORITY | | 1,452.65 |
| SECURED | | 14,765.99 |
|     INTEREST | | 217.93 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,378.00 |
| TRUSTEE COMPENSATION | | 1,026.43 |
| DEBTOR REFUND | | 900.00 |
| TOTALS | 20,741.00 | 20,741.00 |

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 12/05/07               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE










                         PAGE  2
        CASE NO. 05 B 51238 EARL B WASHINGTON